```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :   INFORMATION
         - v. -                      :
                                     :   20 Cr. 216 (CS)
DEVON KNIGHT,                        :
                                     :
                    Defendant.       :
                                     :
------------------------------------ X
```

## COUNT ONE

### (Felon in Possession)

The United States Attorney charges:

1. On or about October 29, 2019, in the Southern District of New York, DEVON KNIGHT, the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly and intentionally did possess, in and affecting commerce, ammunition to wit: approximately 500 .22 caliber bullets manufactured by CCI, and Remington, which had been previously shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO

**(Possession with Intent to Distribute Narcotics)**

The United States Attorney further charges:

2. On or about October 29, 2019, in the Southern District of New York, DEVON KNIGHT, the defendant, intentionally and knowingly possessed with intent to distribute controlled substances.

3. The controlled substances that DEVON KNIGHT, the defendant, possessed with intent to distribute were (i) mixtures and substances containing a detectable amount of heroin, and (ii) mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

## COUNT THREE

**(Possession with Intent to Distribute Narcotics)**

The United States Attorney further charges:

4. From on or about October 29, 2019 through on or about January 13, 2020, DEVON KNIGHT, the defendant, was on release pursuant to an order of the United States District Court for the Southern District of New York, issued pursuant to Title 18, United States Code, Section 3142(c).

5. On or about January 13, 2020, in the Southern District of New York, DEVON KNIGHT, the defendant, intentionally

and knowingly possessed with intent to distribute controlled substances.

6. The controlled substances that DEVON KNIGHT, the defendant, possessed with intent to distribute were mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C) and Title 18, United States Code, Section 3147.)

## FORFEITURE ALLEGATION

7. As a result of committing the offenses alleged in Counts Two and Three of this Information, DEVON KNIGHT, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses that the defendant personally obtained.

## SUBSTITUTE ASSET PROVISION

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred, or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been comingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

*[signature]*
/GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DEVON KNIGHT

Defendant.

---

INFORMATION

20 Cr. 216

(18 U.S.C. §§ 922(g), 3147, and 21 U.S.C. §§ 841(a) and (b)(1)(C).)

GEOFFREY S. BERMAN
United States Attorney