UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA

         -v.-                                  <u>ORDER</u>

DEVON KNIGHT,

                                               No. 20-CR-216 (CS)

           Defendant.
-----------------------------------------------------x

<u>Seibel, J.</u>

      I am advised that the above defendant was seen by a doctor on Friday, April 17, 2020, and that that doctor prescribed an antibiotic and also directed that the defendant receive pain medication. It is now Monday, April 20, 2020, and the defendant reports that he has received neither the antibiotic nor the pain medication. If that is correct, the situation needs to be rectified immediately.

      The Court understands that personnel at the Westchester County Jail ("WCJ") have their hands full during the corona virus pandemic. But if the defendant has an infection, which I infer from the fact that an antibiotic has been prescribed, a three-day delay in providing it (and pain medication for the pain caused by the infection and by an unrelated dental condition), seems unnecessarily risky.

      It is hereby ORDERED that Defendant Devon Knight be provided today (April 20, 2020) with the pills ordered for him by the provider he saw last week, unless there is a valid medical reason why that should not occur. It is further ORDERED that personnel at the WCJ advise the Court by the end of today (by email to [chambersnysdseibel@nysd.uscourts.gov](mailto:chambersnysdseibel@nysd.uscourts.gov)) as to their compliance with this Order.

      The defendant's medical records reflect that he is also supposed to see a dentist and an optometrist. The WCJ should arrange for those appointments if they are possible during the pandemic, or if they are not, ensure that they occur as soon as possible thereafter.

      The Government shall immediately convey this Order to the appropriate persons at the WCJ.

SO ORDERED.

Dated: April 20, 2020
      White Plains, New York

                                    _____
                                      CATHY SEIBEL, U.S.D.J.