UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

                -v.-                                ORDER

DEVON KNIGHT,

                                        No. 20-CR-216 (CS)

            Defendant.
------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record on March 27, 2020 and April 20, 2020, Defendant Devon Knight's motion for release on bail is DENIED.

SO ORDERED.

Dated:  May 4, 2020
          White Plains, New York

                                                    _____
                                                    CATHY SEIBEL, U.S.D.J.